1   BENJAMIN B. WAGNER
    United States Attorney
2   HEATHER MARDEL JONES
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, California 93721
4   Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
5
6   Attorneys for United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 1:13-MC-00034-LJO

12                        Plaintiff,     **STIPULATION AND ORDER
                                         EXTENDING THE UNITED STATES'**
13                   v.                  **TIME TO FILE A COMPLAINT FOR
                                         FORFEITURE AND/OR TO OBTAIN AN**
14  APPROXIMATELY $192,561.94            **INDICTMENT ALLEGING FORFEITURE**
    IN U.S. CURRENCY SEIZED FROM
15  VALLEY BUSINESS BANK ACCOUNT
    51100163,
16
                          Defendant.
17

18

19          It is hereby stipulated by and between the United States of America and Potential

20  Claimants Gloria and Gerald Hauff, ("Potential Claimants"), by and through their

21  respective attorneys, as follows:

22          1.      On or about April 16, 2013, Potential Claimants filed an administrative claim

23  with the Internal Revenue Service Criminal Investigations with respect to the above-

24  referenced approximately $192,561.94 in U.S. Currency, seized from Valley Business Bank

25  Account No. 51100162  (the "currency") which was seized on or about February 12, 2013.

26  ///

27

28  Stipulation and Order Extending the United States'        1
    Time to File

2.      The Internal Revenue Service Criminal Investigations has sent written administrative forfeiture notice of intent to forfeit as required by 18 U.S.C. § 983 to all known interested parties.  The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Potential Claimants have filed a claim to the currency in the administrative forfeiture proceeding.

3.      Title 18 U.S.C. § 983(a)(3)(A) requires the United States to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend from July 17, 2013 to August 17, 2013 , the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an

///
///
///
///
///
///
///
///
///
///

1  indictment alleging that the currency is subject to forfeiture shall be extended to August

2  17, 2013

3

4  Dated:  July 16, 2013                    BENJAMIN B. WAGNER
                                            United States Attorney
5

6                                           /s/ Heather Mardel Jones
                                            HEATHER MARDEL JONES
7                                           Assistant United States Attorney

8
   Dated: July  16, 2013                    /s/ Salvatore Sciandra
9                                           SALVATORE SCIANDRA
                                            Attorney for Claimants Gloria and Gerald Hauff
10

11

12

13

14  IT IS SO ORDERED.

15     Dated:   **July 18, 2013**           ____**/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation and Order Extending the United States'       3
    Time to File